UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE LONEY,

                Petitioner,

— against —

NEW YORK STATE DEPARTMENT OF CORRECTIONS,

                Respondent.

08 Civ. 7026 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The Court having examined the petition for a writ of habeas corpus filed in this action pursuant to 28 U.S.C. § 2254, and having determined that the petition should not be summarily dismissed, it is hereby

    **ORDERED** that the Government file a response to the petition by no later than October 6, 2008; and it is further

    **ORDERED** that petitioner reply to the Government's response by no later than November 10, 2008; and it is finally

    **ORDERED** that the Clerk of Court serve copies of this Order and of the petition by certified mail upon the petitioner and the Attorney General of the State of New York and the District Attorney of New York County.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

SO ORDERED.

Dated:   New York, New York
         2 September 2008

                                              _____
                                                   Victor Marrero
                                                      U.S.D.J.